IN THE UNITED STATES DISTCIT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RAJENDRA PRASAD | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| MEGAN J. BRENNAN, Postmaster | * |
| Defendants | *   Civil action no.: 18-CV-3946-RDB |

\* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S COUNSEL'S
REQUEST FOR LEAVE OF COURT TO WITHDRAW APPEARANCE, AND
TO ENTER SUBSTITUTE COUNSEL FOR PLAINTIFF**

Dilip B. Paliath, of Preller, Preller & Paliath, counsel of record for Rajendra Prasad, plaintiff, requests leave of court under Local Rule 101.2.a, and states as follows.

1. Undersigned counsel has represented plaintiff since the filing of the above-captioned action.

2. Undersigned counsel is a member of the firm of Preller, Preller & Paliath, which such firm includes David J. Preller, Jr. and David J. Preller, III.

3. In September, undersigned counsel will take a position as a Magistrate Judge within the Circuit Court of Maryland for Baltimore County.

4. Plaintiff has been advised that undersigned counsel will be taking such a position, and has consented to representation by David J. Preller, Jr. (Bar number: 020297) and David J. Preller, III (Bar number: 26961).

5. Moreover, all of plaintiff's filings heretofore have been under the name of Preller, Preller & Paliath; such that undersigned counsel asks the court to apply LR 101.2.a.1.

6. Wherefore, undersigned counsel asks the court for leave, and for substitution of counsel under LR 101.2.a.1; with the attached proposed order.

                    /S/
DILIP B. PALIATH
# 13277
PRELLER, PRELLER & PALIATH
307 W. Pennsylvania Avenue
Towson, Maryland 21204
(410)494-1494
(410)494-1987 facsimile
office@prellerlaw.com
*Attorney for plaintiff*