IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION * * | |
| Plaintiff | * Civil Action No: RDB-07-2500 |
| v. | * |
| BALTIMORE COUNTY, *et al.* | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please withdraw the appearance of Paul M. Mayhew in this case for the Defendant, Baltimore County, Maryland.

Date: October 1, 2019

/s/ *Paul M. Mayhew*
Paul M. Mayhew
Assistant County Attorney
Trial Bar No. 22210
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, MD 21204
pmayhew@baltimorecountymd.gov
410-887-4420
410-296-0931

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October 2019, a copy of the Withdrawal of Appearance of Paul M. Mayhew was served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

*/s/ Paul M. Mayhew*
Paul M. Mayhew