UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:07-2500-RDB ) |
| BALTIMORE COUNTY, *et al.*, | ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Exhibit 3 which is an attachment to the Joint Consent Order Regarding Monetary Relief will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify at the same time I am filing this Notice, I will serve copies of the document identified above by email to Defendant's counsel.

Respectfully Submitted,

*/s/ Maria Salacuse*
Maria Salacuse (Bar ID 15562)
UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
George F. Fallon Federal Building
31 Hopkins Plaza, Ste. 1432
Baltimore, Maryland 21201
Phone: 410-801-6709
Fax: 410-962-4270
maria.salacuse@eeoc.gov